

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Robert M. Vrana**
P 302.571.6726
rvrana@ycst.com

October 21, 2021

<u>VIA E-FILING</u>

The Honorable Richard G. Andrews
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    *Malvern Panalytical Inc. v. TA Instruments-Waters LLC, et al.*,
                C.A. No. 19-2157-RGA

Dear Judge Andrews:

    I write on behalf of the parties in the above-referenced case to advise the Court that the parties have reached an agreement to settle the portion of this case related to the Broga patents. As a result, the parties respectfully request that the Court remove all pending deadlines in this matter from the Court's calendar, including the dates for the October 29, 2021 Pretrial Conference and November 29, 2021 Trial. The parties are working to prepare the necessary settlement papers, and will file an appropriate stipulation for the Court's consideration as soon as possible.

    Should Your Honor have any questions or concerns regarding the foregoing, counsel are available at the Court's convenience.

                                  Respectfully,

                                  */s/ Robert M. Vrana*

                                  Robert M. Vrana (No. 5666)

cc: All counsel of record (via CM/ECF)